UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. CAREY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>D. KEETON, et al.,<br><br>　　　　Defendants. | No. 2:24-cv-1690 CSK P<br><br><br>ORDER |

　　　Plaintiff, a county jail inmate proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  However, plaintiff did not file a certified copy of his inmate trust account statement for the six month period immediately preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff is provided the opportunity to submit a certified copy of his inmate trust account statement.  Accordingly, IT IS HEREBY ORDERED that plaintiff shall submit, within thirty days from the date of this order, a certified copy of his inmate trust account statement for the six month period immediately preceding the filing of the complaint.  Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated: July 3, 2024

/1/care1690.3c.new

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

1