1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     MICHAEL D. CAREY,                       No.  2:24-cv-1690 CSK P

12                 Plaintiff,

13        v.                                    ORDER FOR PAYMENT OF INMATE
                                                FILING FEE
14     D. KEETON, et al.,

15                 Defendants.

16

17     To:  The Sheriff of Stanislaus County, Attention: Inmate Trust Account, 200 E. Hackett Road,

18     Modesto, California 95358:

19           Plaintiff, a county jail inmate proceeding in forma pauperis, is obligated to pay the

20     statutory filing fee of $350.00 for this action.  Plaintiff is assessed an initial partial filing fee of

21     twenty percent (20%) of the greater of (a) the average monthly deposits to plaintiff's trust

22     account; or (b) the average monthly balance in plaintiff's account for the 6-month period

23     immediately preceding the filing of this action.  28 U.S.C. § 1915(b)(1).  Upon payment of that

24     initial partial filing fee, plaintiff will be obligated to make monthly payments in the amount of

25     twenty percent (20%) of the preceding month's income credited to plaintiff's trust account.  The

26     Stanislaus County Sheriff is required to send to the Clerk of the Court the initial partial filing fee

27     and thereafter payments from plaintiff's inmate trust account each time the amount in the account

28     exceeds $10.00, until the statutory filing fee of $350.00 is paid in full.  28 U.S.C. § 1915(b)(2).

1

1      Good cause appearing therefore, IT IS HEREBY ORDERED that:

2      1.  The Sheriff of Stanislaus County or a designee shall collect from plaintiff's inmate

3      trust account an initial partial filing fee in accordance with the provisions of 28 U.S.C.

4      § 1915(b)(1) as set forth in this order and shall forward the amount to the Clerk of the Court.  The

5      payment shall be clearly identified by the name and number assigned to this action.

6      2.  Thereafter, the Sheriff of Stanislaus County or a designee shall collect from plaintiff's

7      inmate trust account monthly payments in an amount equal to twenty percent (20%) of the

8      preceding month's income credited to the inmate's trust account and forward payments to the

9      Clerk of the Court each time the amount in the account exceeds $10.00 in accordance with 28

10     U.S.C. § 1915(b)(2), until the $350.00 filing fee for this action has been paid in full.  The

11     payments shall be clearly identified by the name and number assigned to this action.

12     3.  The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's

13     signed in forma pauperis affidavit on the Sheriff of Stanislaus County, Attention:  Inmate Trust

14     Account, 200 E. Hackett Road, Modesto, California 95358.

15     4.  The Clerk of the Court is directed to serve a copy of this order on the Financial

16     Department of the court.

17

18     Dated:  July 23, 2024

19

20                                                         CHI SOO KIM
                                                           UNITED STATES MAGISTRATE JUDGE
21

22     /1/care1690.cdc.stanislaus

23

24

25

26

27

28

2