1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11      MICHAEL D. CAREY,                          No.  2:24-cv-1690 CSK P

12                    Plaintiff,

13            v.                                    ORDER AND FINDINGS &
                                                    RECOMMENDATIONS
14      D. KEETON, et al.,

15                    Defendants.

16

17            By order filed July 23, 2024, plaintiff's complaint was dismissed, and thirty days leave to

18      file an amended complaint was granted.  More than thirty days from the Court's order have now

19      passed, and plaintiff has not filed an amended complaint, or otherwise responded to the Court's

20      order.

21            In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the Court is

22      directed to assign a district judge to this case; and

23            IT IS RECOMMENDED that this action be dismissed without prejudice.  See Local Rule

24      110; Fed. R. Civ. P. 41(b).

25            These findings and recommendations are submitted to the United States District Judge

26      assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

27      after being served with these findings and recommendations, plaintiff may file written objections

28      with the court and serve a copy on all parties.  Such a document should be captioned

                                                    1

"Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  09/04/24

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/care1690.fta

2